**IMAGE HAS BEEN DELETED**